NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

AVIS BUDGET GROUP, INC. and          )
NATASHA A. MCCOY,                    )
                                     )
        Petitioners,                 )
                                     )
v.                                   )          Case No.  2D19-577
                                     )
VIRGINIA I. YOUNG, individually and as )
the guardian of the property of DAVID L. )
YOUNG, an incapacitated person;      )
COMBEE ENTERPRISES, INC.; and        )
CURTIS MARTIN,                       )
                                     )
        Respondents.                 )
_____)

Opinion filed August 21, 2019.

Petition for Writ of Certiorari to the Circuit
Court for Polk County; Gerald P. Hill, II,
Judge.

Pete L. DeMahy and Orlando D. Cabeza
of DeMahy, Labrador, Drake, Victor,
Rojas, Cabeza, Markowitz & Shaw, Coral
Gables; and Philip Glatzer of Marlow,
Adler, Abrams, Newman & Lewis, Coral
Gables, for Petitioners Avis and McCoy.

K. Mitch Espat of Matt Law, Tampa, for
Respondent Young.

Hank B. Campbell of Campbell, Trohn,
Tamayo & Aranda, P.A., Lakeland, for
Respondent Combee.

Stephen A. Barnes, Tami A. Trimming and
John V. Trujillo, Jr., of Barnes Trial Group,
Tampa, for Respondent Martin.

PER CURIAM.

Dismissed.

SILBERMAN, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.